**CADDELL & CHAPMAN**
ATTORNEYS AT LAW
THE PARK IN HOUSTON CENTER
1331 LAMAR, SUITE 1070
HOUSTON, TEXAS 77010-3027

FILED JS
WESTERN DISTRICT OF KY

12 APR 13 AM 10: 12

MICHAEL A. CADDELL
mac@caddellchapman.com
BOARD CERTIFIED CIVIL TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
LICENSED TO PRACTICE IN TEXAS AND CALIFORNIA

April 12, 2012

TEL (713) 751-0400
FAX (713) 751-0906
www.caddellchapman.com

FEDERAL EXPRESS

Hon. John G. Heyburn
Gene Snyder United States Courthouse
601 W. Broadway, Room 239
Louisville, KY 40202-2238

Re:   No. 10-md-2137; *In Re: Sigg Switzerland (USA), Inc. Aluminum Bottle Marketing and Sales Practices Litigation*; in the United State s District Court for the Western District of Kentucky (Louisville)

Dear Judge Heyburn:

We write in response to your request for a status update on this case. The defendant, SIGG Switzerland (USA), Inc., is in bankruptcy in the United States Bankruptcy Court for the District of Connecticut, Case No. 11-51024. That bankruptcy filing automatically stayed the instant case in this Court. At the parties request, the bankruptcy court lifted the automatic stay this week so the Parties could file in this Court a Rule 41(a)(1)(A)(ii) agreed dismissal of this case. The parties will file in this Court an agreed dismissal of the instant case early next week.

Accordingly, the parties anticipate that the instant case will be dismissed and closed within the next thirty (30) days. Please contact us if you have any questions regarding this update.

Respectfully,

*Michael Caddell*

Michael A. Caddell
Counsel for Plaintiffs

*Robert White (by permission, GCE)*

Robert A. White
Counsel for SIGG Switzerland (USA), Inc.
   in Bankruptcy Case

cc:   John Beisner, Esq.